JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 135879)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102
    Telephone: 415-436-6909
    Facsimile: 415-436-6748

ATTORNEYS FOR UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KARLA A. FIX, PETER CHRISTOPHER KIRSCH, <br><br> Defendants. | No. 08-3674 TEH <br><br> **STIPULATION OF THE PARTIES TO REQUEST A THIRTY DAY CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE TO ALLOW FOR CONSUMMATION OF SETTLEMENT; ~~PROPOSED~~ ORDER** |

This Stipulation and Proposed Order Regarding Settlement (hereinafter, "Stipulation") is entered into by the United States of America, acting through the United States Attorney's Office for the Northern District of California and on behalf of the United States Department of Agriculture, Forest Service (collectively, "the United States"), on the one hand, and defendants Karla A. Fix and Peter Christopher Kirsch, on the other hand, through their authorized representative(s).

The Parties stipulate as follows:

1. There is a pending Case Management Conference scheduled for January 26, 2009, at 1:30 p.m. and the parties' joint statement is due January 16, 2009.

2. The parties' counsel of record recently agreed to settlement terms in principle and drafted a stipulation of settlement, which is currently being circulated for signatures by the parties, a process which counsel of record believe will be completed shortly.

3. In the interest of both judicial economy and the avoidance of unnecessary expenditure for the parties, the parties request that the pending Case Management Conference be postponed to February 23, 2009, or a date in late February or early March convenient to the Court's calendar, and that the joint statement deadline be delayed to correspond to the new date for the Case Management Conference.

**IT IS SO STIPULATED.**

Dated: January 15, 2009                JOSEPH P. RUSSONIELLO
                                       United States Attorney


                                       By: /s/
                                       JONATHAN U. LEE
                                       Assistant U.S. Attorney


Dated: January 15, 2009                TREMBATH, DEICHLER & HERMANSON, LLP


                                       /s/
                                       Robin Y. Trembath, Esq.
                                       Attorneys for Defendants Karla A. Fix
                                       and Peter Christopher Kirsch


## ~~(PROPOSED)~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference is postponed to ~~February 23~~ March 2, 2009 at 1:30 p.m. and the parties are to file a joint statement seven days beforehand.

Date:   January 15, 2009



HONORABLE THELTON E. HENDERSON
United States District Judge