1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 135879)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102
       Telephone: 415-436-6909
6      Facsimile: 415-436-6748

7  ATTORNEYS FOR UNITED STATES OF AMERICA

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11
   UNITED STATES OF AMERICA,            )   No. 08-3674 TEH
12                                      )
                     Plaintiff,         )
13                                      )   **STIPULATION AND** ~~PROPOSED~~
              v.                        )   **ORDER REGARDING DISMISSAL**
14                                      )
   KARLA A. FIX, PETER CHRISTOPHER      )
15 KIRSCH,                              )
                                        )
16                   Defendants.        )
                                        )
17 _____)

18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), and consistent with the Stipulation and Proposed Order Regarding Settlement filed in this Action, the parties stipulate to the dismissal with prejudice of <u>United States of America v. Karla A. Fix, Peter Christopher Kirsch</u>, No. C 08-3674 TEH. Each party will bear its own costs.

Dated: January 30, 2009         JOSEPH P. RUSSONIELLO
                                United States Attorney

                                By:   /s/
                                JONATHAN U. LEE
                                Assistant U.S. Attorney

Dated: January 29, 2009         TREMBATH, DEICHLER & HERMANSON, LLP


                                      /s/
                                Robin Y. Trembath, Esq.
                                Attorneys for Defendants Fix and Kirsch

~~(PROPOSED)~~ **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: ~~January~~ February 4, __, 2009



Hon. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE